**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**Frankie MORRIS, Appellant.**

**No. WD 52061.**

Missouri Court of Appeals, Western District.

Aug. 27, 1996.

David A. Reed, Kansas City, for appellant.

George L. Sharp, Kansas City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Frankie Morris appeals from his conviction of Obstructing/Resisting a Law Enforcement Officer in violation of a Kansas City, Missouri Municipal Ordinance.

Judgment affirmed. Rule 84.16(b).

■

**Johnell DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51593.**

Missouri Court of Appeals, Western District.

Aug. 27, 1996.

Ellen H. Flottman, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Johnell Davis appeals the denial of his Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).